**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America, Plaintiff, | Case No.: 10-cr-00134-CVE-1<br>Date: 8/11/2026<br>Court Time: 09:12 AM – 09:19 AM |
| vs. | |
| Jeffrey Shaun Bagby, Defendant(s). | **MINUTE SHEET FINAL REVOCATION OF PROB/SR HEARING & SENTENCING** |

Claire V. Eagan, U.S. District Judge A. Nance, Deputy Clerk Cheryl Rylant, Reporter Crt Rm 2

Counsel for Plaintiff: Stephen Flynn Counsel for Defendant: Matthew Primm, Appt.
Probation Officer: Bethany Blackmon Interpreter: ________ ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel
☒ Pltf & Deft reviewed Prob/SR Revocation Sentencing Options: ☒No Objs; ☒Court adopts/accepts
☒ 18:3553 Findings re: Prob/SR Revocation Sentencing Options made; ☐ Findings re Plea Agreement Accepted
☒ Revocation Sentence re: Guideline; ☒ Findings made;
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Court finds the Defendant in Violation of Prob/SR Conditions ☒ Defendant's term of Prob/SR is revoked

**REVOCATION OF PROB/SR SENTENCE:**

☒ Bureau of Prison for a term of 8 months
☒ Supervised Release for term of ☒ Not Imposed

****************************************************************************************************

☒ Defendant advised of right to appeal
☐ Appeal affidavit required

Court recommends to BOP:
☒ Designate a facility located in or near: FMC Springfield
☐ Residential Drug Abuse Treatment ☐ Mental/Medical Evaluation
☐ Most comprehensive substance abuse treatment available
☐ Other: ________

☒ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** ________