# UNITED STATES DISTRICT COURT

Northern District of Oklahoma

UNITED STATES OF AMERICA

v.

JEFFREY SHAUN BAGBY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 10-CR-0134-001-CVE

USM Number: 11415-062

Matt Primm
Defendants Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition (s) ____________________ of the term of supervision.

☒ was found in violation of condition(s) Mandatory Conditions after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition 1 | New law violation | 06/23/2026 |
| Mandatory Condition 2 | Possession of a Controlled Drug | 06/23/2026 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Act of 1984.

☒ The defendant has not violated condition(s) Standard Condition 8 and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

August 11, 2026
Date of Imposition of Judgment

Claire V. Eagan
Signature of Judge

Claire V. Eagan, United States District Judge
Name and Title of Judge

August 11, 2026
Date

AO 245D (Rev. 10/17) Judgment in Criminal Case for Revocations
Sheet 2 — Imprisonment

DEFENDANT: JEFFREY SHAUN BAGBY
CASE NUMBER: 10-CR-0134-001-CVE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Eight months.

☒ The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be placed at FMC Springfield, Missouri.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

Defendant delivered on ______________ to ______________

at ______________ with a certified copy of this Judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL